Argued March 28, affirmed March 30, petition for rehearing denied April 25, petition for review denied June 13, 1972

STATE OF OREGON, *Respondent, v.* DAROLD LEE WILLIAMS (No. 40297), *Appellant.*

495 P2d 46

*Ken C. Hadley,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.